

United States District Court
Eastern District of California

| Chandanpreet Singh |
| --- |

Plaintiff(s)

V.

| Christoner Chesnut, Daren Margolin, et al. |
| --- |

Defendant(s)

Case Number: **1:26-cv-01503-DJC-JDP**

| 1:26-at-01092 |
| --- |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Liannys Morgan _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Chandanpreet Singh

On _____09/05/2017_____ (date), I was admitted to practice and presently in good standing in the

_____State of Florida Bar_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____02/23/2026_____       Signature of Applicant: /s/ _Lyannis Morgan_____

**Pro Hac Vice Attorney**

Applicant's Name: **Liannys Morgan**

Law Firm Name: L&O Immigration Legal USA

Address: 6910 N. Kendall Drive, # 202

City: Miami          State: FL     Zip: 33156

Phone Number w/Area Code: (305) 249-1090

City and State of Residence: Miami, Florida

Primary E-mail Address: LMorgan@immigrationlegalusa.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Vanessa Molina

Law Firm Name: The Law Office of Vanessa Molina

Address: 1530 Lancaster Point Way

City: San Diego          State: CA     Zip: 92154

Phone Number w/Area Code: (619) 790-4300          Bar # CA 325672

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 25, 2026

Daniel J. Calabretta

JUDGE, U.S. DISTRICT COURT